Gregory J. Miner, OSB No. 86247
gminer@batemanseidel.com
BATEMAN SEIDEL
888 SW Fifth Avenue Suite 1250
Portland, Oregon 97204
P: 503-972-9932
F: 503-972-9921
    Attorneys for Plaintiff

FILED 10 AUG 02 16:17 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GCLIH SUMMIT LIMITED PARTNERSHIP**, an Oregon limited partnership,<br><br>              Plaintiff,<br>v.<br><br>**MT. HOOD INVESTMENT, LLC**, a Washington limited liability company,<br><br>              Defendant. | Case No. 3:08-CV-1371-HA<br><br>**STIPULATED ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES TO ANY PARTY** |

Upon consideration of the Stipulation of the Parties re: Dismissal of Action with Prejudice and Without Costs or Attorney Fees to Any Party,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

(1) The terms and conditions of the Clackamas TRO will no longer remain in effect upon dismissal of this action; and

(2) This action including all claims and counterclaims are dismissed with prejudice and without attorney fees or costs to any party.

DATED this ___2___ day of ___August___, 2010.

By _____
The Honorable Ancer L. Haggerty
UNITED STATES DISTRICT JUDGE

Page 1 -  **STIPULATED ORDER RE: DISMISSAL OF ACTION**
K:\47082 PNC\00202 - Mt. Hood\Pleadings\GCLIH v. MHI - Federal\10-0604 - Order re Dismissal of Action.doc